448 F.2d 790
 AMERICAN HOSPITAL ASS'N et al., Plaintiffs-Appellees,
v.
CHAS. PFIZER & CO. et al., Defendants-Appellees,
California Physicians' Service, Applicant for Intervention-Appellant.
 No. 90, Docket 71-1492.
 United States Court of Appeals,
Second Circuit.
 Argued Oct. 7, 1971.
Decided Oct. 13, 1971.
 
 William C. Woodson, New York City (Richard T. Davis, Choate, Regan, Davis & Hollister, New York City, on the brief), for appellant.
 Benjamin F. Schwartz, Herbert A. Karzen, Bruce Warner, Schwartz & Alschuler, Los Angeles, Cal., for plaintiffs-appellees.
 Before MOORE, HAYS and FEINBERG, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the judgment of the district court on the opinion of Judge Wyatt.